1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER D. BAKER
   MEGAN A.S. RICHARDS
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA   93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
7  United States of America

FILED
APR 09 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

E.A. GOMEZ, ET AL.,

    Defendants.

CASE NO.  1:15 CR 0 0 1 0 5 LJO SKO

MOTION AND ~~PROPOSED~~ ORDER TO SEAL INDICTMENT

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on April 9, 2015, charging the above defendants with 18 U.S.C. § 1349-Conspiracy to Commit Brank Fraud, and other charges including Criminal Forfeiture Allegations be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the findings of the

1  Indictment or any warrants issued pursuant thereto, except when
2  necessary for the issuance and execution of the warrant.
3  DATED: April 9, 2015                Respectfully submitted,

   BENJAMIN B. WAGNER
   United States Attorney

   By    /s/ Christoher D. Baker
         CHRISTOPHER D. BAKER
         Assistant U.S. Attorney

   IT IS SO ORDERED.

   Dated:    April 9, 2015    _____
                              U.S. Magistrate Judge