BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>EDGAR ALEXANDER GOMEZ, et al.<br><br>　　　　　　　　　　Defendants. | CASE NO. 1:15-CR-00105 LJO- SKO<br><br>ORDER TO UNSEAL INDICTMENT |

　　　This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

　　　IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public record.

IT IS SO ORDERED.

　　Dated:   **April 28, 2015**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Motion to Unseal Indictment　　　　　　　　1